IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01340-GPG-NRN

TRACY ALAN BARNETT,

Plaintiff,

v.

UNITED STATES OF AMERICA – FEDERAL BUREAU OF PRISONS,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that a Settlement Conference is set for March 11. 2024 at 9:00 a.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

It is further ORDERED that counsel **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." If an insurance policy is involved, the person must have full authority, up to and including, policy limits. **No party shall be permitted to attend the settlement conference by phone unless that party has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date.**

In order that productive settlement discussions can be held, counsel shall prepare a confidential position statement submitted by email only to the Magistrate Judge, no later than **five (5) business days** prior to the date of the settlement conference. Statements are **limited to 10 pages total**. The total number of pages of exhibits attached may not exceed 20. To the extent that any party feels additional exhibits might be useful for settlement discussion purposes, that party is free to bring a binder with additional exhibits to the settlement conference. The confidential statement shall be emailed to Chambers (not submitted for filing to the court) at

Neureiter_Chambers@cod.uscourts.gov. This statement shall directly address the party's interests, concerns, needs, and fears which may affect the party's settlement position or ability to settle.

Finally, the lead counsel for each party is directed to separately call Chambers (303-335-2403) and schedule a 15-20 minute long call with the Court, 2 to 3 days in advance of the settlement conference, to discuss the nature of the case, the settlement demands, the respective positions of the parties, and any potential impediments to settlement they might foresee.

Date: January 12, 2024 _____