## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge N. Reid Neureiter

DATE: March 11, 2024

RE: CIVIL DOCKET FOR CASE #: 21-cv-01340-GPG-NRN
<u>Barnett v. United States</u>

___  A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

___  Another Settlement Conference set for _____

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

_X_  A settlement conference was held on this date, and a settlement was reached as to

_X_  All claims in this action. The parties shall file dismissal papers on or before <u>March 25, 2024</u>.

___  Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: 7.5 hours.

_____ A record was made      _x_ No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: __ hours __ minutes