IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01340-NYW-NRN

TRACY ALAN BARNETT,

    Plaintiff,

v.

UNITED STATES OF AMERICA – FEDERAL BUREAU OF PRISONS,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff brought a claim against the United States of America pursuant to the Federal Tort Claims Act seeking redress for personal injuries suffered in 2019 when he was incarcerated at a federal correctional facility in Colorado.  The parties have settled the action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice.  Each party will bear its own costs and fees.

Respectfully submitted this 21st day of March, 2024.

*s/* Bryan P. Rose
**Bryan P. Rose**
**Nathaniel T. Vasquez**
STINSON LLP
1144 Fifteenth St., Suite 2400
Denver, Colorado 80202
Phone:  303.376.8415
Fax No.: 303.578.7993
Email:  bryan.rose@stinson.com
         nathaniel.vasquez@stinson.com

*Attorneys for Plaintiff Tracy Alan Barnett*

*s/* Nicholas A. Deuschle
**Nicholas A. Deuschle**
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  303.454.0128
Fax No.: 303.454.0411
Email:  nick.deuschle@usdoj.gov

*Attorney for Defendant United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing the foregoing to be sent to the following:

>Bryan P. Rose
>Nathaniel T. Vasquez
>STINSON LLP
>1144 Fifteenth St., Suite 2400
>Denver, Colorado 80202
>bryan.rose@stinson.com
>nathaniel.vasquez@stinson.com\

*Attorneys for Plaintiff*

                                        s/ Nicholas Deuschle
                                        **Nicholas A. Deuschle**